RECEIVED

2021 JAN 25 P 2:18

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States District Court
Middle District OF Alabama
Northern Division

Peter J. Smith )
    Plaintiff, )
 )
v. ) Civil Action No. 2:20-cv-00406-MHT-SMD
Walmart Inc. et al )
    Defendants. )
 )
 )

### Amended Complaint

The only item to be amended
in this complaint against Walmart Inc.
et al is item # 6  Relief requested.
Everything else in the original
complaint remains the same. The
amount of damages for defamation etc.
are now requested to be $300 million
and there is a precedent.        Peter James Smith

                                1-21-2021
                                P.O. Box 1644
                                Mont. AL. 36102-1644
                                (334) 354-4306

Amended Complaint

6.    Relief requested: The only item to be amended in this complaint Walmart Inc. is the amount of damages requested everything else in the original complaint remains as is. The amount of damages for defamation etc. are now requested to be $300 million and there is a precedent.

Date: January 21, 2021

Peter James Smith

Peter James Smith

Plaintiff(s) Signature

RECEIVED
2021 JAN 21
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT
A > 22

RECEIVED
2021 JAN 25 P 2: 18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2

Peter Smith
P.O. Box 1644
Montgomery, AL. 36102-1644



MONTGOMERY AL 360
21 JAN 2021 PM 3 L

★ USA ★ FOREVER ★

Office OF The Clerk
United States District Court
One Church Street, Suite B-110
Montgomery, AL. 36104-4018

36104-401801