IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PETER JAMES SMITH,        ) | |
|                               ) | |
|     Plaintiff,        ) | |
|                               ) | CIVIL ACTION NO. |
|    v.              ) | 2:20cv406-MHT |
|                               ) | (WO) |
| WALMART INC. and WALMART  ) | |
| STORE # 00938,         ) | |
|                               ) | |
|     Defendants.       ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 17) is adopted.

(2) This lawsuit is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for failing to state a claim for which relief may be granted.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of June, 2021.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**